**Order filed March 27, 2014.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-13-00919-CV
_____

**GERALD PORTER, Appellant**

**V.**

**THE APPRAISAL GROUP, INC. AND ERVIN L. LEHMAN, Appellees**

---

**On Appeal from the 157th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2012-07602**

---

## O R D E R

The clerk's record in this appeal was filed January 31, 2014. The court reporter advised this court that there is no reporter's record in this case. Accordingly, appellant's brief was due March 3, 2014. *See* Tex. R. App. P. 38.6.(a). No brief or motion for extension of time has been filed.

Unless appellant **Gerald Porter** files brief with the clerk of this court on or before **April 15, 2014**, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).


PER CURIAM